BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 97-0070 TEH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER VACATING STATUS** |
| v. | ) | **HEARING** |
| RASHAD SHADEED, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate and jointly request that the hearing presently set for February 2, 2009 be vacated. The parties are not requesting further status hearings at this time. Defense counsel has been informed by United States Probation Officer Jennifer James that she is in agreement with these requests.

IT IS SO STIPULATED.

Dated:   January 28, 2009         _____/s/_____
                                  RONALD C. TYLER
                                  Assistant Federal Public Defender

Dated:   January 28, 2009         _____/s/_____
                                  MATTHEW L. McCARTHY
                                  Assistant United States Attorney

Stipulation and [Proposed] Order Vacating Status
Hearing
*U.S. v.Rashad Shadeed;* CR 97-0070 TEH         1

1                                  [PROPOSED] ORDER

2        GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the

3 aforementioned matter currently set for February 2, 2009 is vacated.

4

5        **IT IS SO ORDERED.**

6

7   Dated: 01/29/09
8                                                    _____
                                                     THE HONORABLE THELTON HENDERSON
9                                                    UNITED STATES DISTRICT COURT JUDGE



Stipulation and [Proposed] Order Vacating Status
Hearing
*U.S. v.Rashad Shadeed;* CR 97-0070 TEH            2